## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**BAUTISTA REO PR CORP.,**

**Plaintiff,**

**v.**                                                    **CASE NO. 16-1352 (GAG)**

**ÁNGEL ZAHID VÉLEZ RAMÍREZ, ET AL,**

**Defendants.**

## MEMORANDUM OPINION

Plaintiff's Motion for Confirmation of Judicial Sale regarding a foreclosed property is **DENIED without prejudice** for failure to comply with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, which governs judicial sales. 32 P.R. ANN. LAWS App. V § 51.7. Said Rule requires the publication of a Notice of Sale, and, at issue here, requires Plaintiff to send a copy of the Notice to Defendant and Defendant's counsel *within five days of publication* via certified mail. Id. A close reading of Rule 51.7 reveals that a Notice of Sale is considered "published" when it is placed in three public places of the municipality where the sale will be held, or published in a daily newspaper of general circulation. Id. ("[The sale] must be *given to publication* for a space of two weeks through written announcements visibly placed in three public places of the municipality in which the sale will be held . . . . Said announcement shall *also be published* through an edict twice in a diary of general circulation . . . ." (translation ours))

Here, the Sale Notice was first published on October 13, 2017 when it was posted in three public places. (Docket No. 34-2). Plaintiff's Statement Under Penalty of Perjury says that they

1  notified the Defendant at her address on October 17, 2017. <u>Id.</u> Yet it does not specify if it was

2  through certified mail—or how she was notified at all. Moreover, Plaintiff claims that "the Notice

3  of Sale was duly sent by certified mail to Defendants." (Docket No. 34 at 2). But the supporting

4  Exhibit 3, which contains the letters and certified mail receipts, shows that the letters were sent via

5  certified mail on October 20, 2017. (Docket No. 34-3). This is more than five days after publishing

6  the Sale Notice. "Rule 51.7 establishes the procedure in [cases of judicial sale] that must be strictly

7  complied with under penalty of the judicial sale's annulment." RAFAEL HERNÁNDEZ COLÓN,

8  PRÁCTICA JURÍDICA DE PUERTO RICO: DERECHO PROCESAL CIVIL § 6310 (6th ed. 2017) (translation

9  ours). Therefore, the Court hereby **DENIES** Plaintiff's Motion for Confirmation of Judicial Sale

10  at Docket No. 34 because Plaintiff failed to notify Defendant within five days of publication as

11  required.

12  **SO ORDERED.**

13  In San Juan, Puerto Rico this 19th day of December, 2017.

14

15  *s/ Gustavo A. Gelpí*
   GUSTAVO A. GELPI

16  United States District Judge

17

18

19

20

21

22

23

24